

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00112-CR

| | | |
|---|---|---|
| AERRON DOWDY, Appellant | § | On Appeal from County Criminal Court No. 4 |
| | § | |
| | | of Denton County (CR-2017-02661-D) |
| | § | |
| V. | | |
| | § | July 30, 2019 |
| | § | Opinion by Justice Pittman |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We reverse the trial court's judgment and render a judgment of acquittal. *See* Tex. R. App. P. 43.2(c), 43.3, 51.2(d).

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mark T. Pittman_____
Justice Mark T. Pittman